UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL CURTIS REYNOLDS,<br><br>                 Petitioner,<br><br>v.<br><br>STATE OF NEW YORK,<br><br>                 Respondent. | Case No. 1:22-cv-00015-BLW<br><br>**INITIAL REVIEW ORDER** |

      Petitioner Michael Curtis Reynolds was convicted of a federal offense in the U.S. District Court for the Middle District of Pennsylvania. He is currently incarcerated in a federal prison in Illinois. *See United States v. Reynolds*, Case No. 3:05-cr-00493-MEM (M.D. Penn.).

      Petitioner has filed a pleading entitled, "Omnibus Motion – Expungement of Unlawful Attempted Arson in the Fourth Degree Conviction – Ruling Ab Initio for Removal of this Offense and Restoration of Gun Rights." *See* Dkt. 1. Petitioner sues the State of New York, asking that this Court order the state to vacate Petitioner's arson conviction.

      Whether Petitioner's pleading is construed as a petition under the All Writs Act or a petition for writ of habeas corpus, the Court lacks subject matter jurisdiction over this action. Though the All Writs Act authorizes federal courts to

"issue all writs necessary or appropriate in aid of their respective jurisdictions," 28 U.S.C. § 1651(a), it does not independently confer jurisdiction, *see Syngenta Crop Protection, Inc. v. Henson*, 537 U.S. 28, 33 (2002). Additionally, this Court lacks jurisdiction to consider the petition as one seeking habeas corpus relief because Petitioner is not incarcerated in Idaho. *See* 28 U.S.C. § 2241(a) ("Writs of habeas corpus may be granted by … the district courts … within their respective jurisdictions."). If Petitioner seeks an order overturning a New York State conviction, he must pursue his claims in that state.

## ORDER

**IT IS ORDERED:**

1. This case is DISMISSED without prejudice for lack of jurisdiction.

2. All pending motions (Dkt. 2, 7, 8, and 9) are DENIED AS MOOT.

3. To the extent a certificate of appealability is required for an appeal in this case, the Court declines to issue one.

DATED: May 5, 2022

_____
B. Lynn Winmill
U.S. District Court Judge